**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**


BRIAN KEITH BYRNE                                                                     PLAINTIFF
ADC # 134860



V.                                          2:09-cv-00158-SWW-JJV



ARKANSAS DEPARTMENT OF CORRECTION;
and HONEYCUTT, Inmate, East Arkansas Regional
Unit, Arkansas Department of Correction                               DEFENDANTS


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe. No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS THEREFORE ORDERED that this action is DISMISSED with prejudice, and

dismissal of this action shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).[1] All pending

motions are DENIED as moot.

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

---

[1] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . .

*pauperis* appeal from this Order and Judgment would not be taken in good faith.

DATED this 30th day of November, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE